ENG/DIS/LMP: USAO2009R00107

AW09 CR 0598



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CRIMINAL NO. |
| | * |
| ERICK ROMAN, | *   (Conspiracy to Participate in a |
|    a/k/a "Erick Javier Sierra," | *   Racketeering Enterprise, 18 U.S.C. |
|    a/k/a "Malian-T," | *   § 1962(d)) |
|    a/k/a "King Malian-T," | * |
| MATTHEW AGUILAR, | *   INDICTMENT |
|    a/k/a "Mateo," | * |
|    a/k/a "King Mateo," | * |
| MIGUEL CASTILLO, | * |
|    a/k/a "Colombia," | * |
|    a/k/a "King Colombia," | * |
| MIGUEL CRUZ, | * |
|    a/k/a "Skibee," | * |
|    a/k/a "King Skibee," | * |
| JOSEPH DELEON, | * |
|    a/k/a "Spirit," | * |
|    a/k/a "King Spirit," | * |
| ANDRES ECHEVARRIA, | * |
|    a/k/a "B-Boy," | * |
|    a/k/a "King B-Boy," | * |
| REMY HEATH, | * |
|    a/k/a "Remy," | * |
|    a/k/a "King Remy," | * |
|    a/k/a "King Mellow," | * |
| JULIO KILGORE, | * |
|    a/k/a "Murda," | * |
|    a/k/a "King Murda," | * |
| ERICK MARTINEZ, | * |
|    a/k/a "Eazie," | * |
|    a/k/a "King Eazie," | * |
| MELVIN NOLASCO, | * |
|    a/k/a "Joker," | * |
|    a/k/a "King Joker," | * |
| SENNI NOLASCO, | * |
|    a/k/a "Cano," | * |
|    a/k/a "King Cano," | * |

FILED ____ ENTERED
____ LODGED ____ RECEIVED

NOV 1 8 2009

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPUTY

| | |
|---|---|
| **FRANCISCO ORTIZ,**<br>   a/k/a "Francis Gabriel Ortis,"<br>   a/k/a "Pone,"<br>   a/k/a "King Pone,"<br>**RODDY E. PAREDES JR.,**<br>   a/k/a "Guate,"<br>   a/k/a "King Guate,"<br>**LEURI READ,**<br>   a/k/a "Kampana,"<br>   a/k/a "King Kampana,"<br>**ALEJANDRO RODRIGUEZ,**<br>   a/k/a "Sombra,"<br>   a/k/a "King Sombra,"<br>**NELSON SANTOS,**<br>   a/k/a "Nelly,"<br>   a/k/a "King Nelly,"<br>**CHINUA SHEPPERDSON,**<br>   a/k/a "Nu,"<br>   a/k/a "NuNu,"<br>   a/k/a "King Nu,"<br>**BRANDON SMITH,**<br>   a/k/a "Little One,"<br>   a/k/a "King Little One," and<br>**HUGO SOTO-MORAN,**<br>   a/k/a "Vision,"<br>   a/k/a "King Vision,"<br><br>      **Defendants** | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

* * * * *

## COUNT ONE

The Grand Jury for the District of Maryland charges that:

### Introduction

1.     At various times relevant to this Indictment, the following defendants and others known and unknown to the grand jury, were members and associates of the Almighty Latin King and Queen Nation ("ALKQN" or "Latin Kings"), a criminal organization involved in the commission

2

of numerous acts of violence in the District of Maryland and elsewhere: MATTHEW AGUILAR, a/k/a "Mateo," a/k/a "King Mateo," MIGUEL CASTILLO, a/k/a "Colombia," a/k/a "King Colombia," MIGUEL CRUZ, a/k/a "Skibee," a/k/a "King Skibee," JOSEPH DELEON, a/k/a "Spirit," a/k/a "King Spirit," ANDRES ECHEVARRIA, a/k/a "B-Boy," a/k/a "King B-Boy," REMY HEATH, a/k/a "Remy," a/k/a "King Remy," a/k/a "King Mello," JULIO KILGORE, a/k/a "Murda," a/k/a "King Murda," ERICK MARTINEZ, a/k/a "Eazie," a/k/a "King Eazie," MELVIN NOLASCO, a/k/a "Joker," a/k/a "King Joker," SENNI NOLASCO, a/k/a "Cano," a/k/a "King Cano," FRANCISCO ORTIZ, a/k/a "Francis Gabriel Ortis," a/k/a "Pone," a/k/a "King Pone," RODDY E. PAREDES JR., a/k/a "Guate," a/k/a "King Guate," LEURI READ, a/k/a "Kampana," a/k/a "King Kampana," ALEJANDRO RODRIGUEZ, a/k/a "Sombra," a/k/a "King Sombra," ERICK ROMAN, a/k/a "Erick Javier Sierra," a/k/a "Malian-T," a/k/a "King Malian-T," NELSON SANTOS, a/k/a "Nelly," a/k/a "King Nelly," CHINUA SHEPPERDSON, a/k/a "Nu," a/k/a "NuNu," a/k/a "King Nu," BRANDON SMITH, a/k/a "Little One," a/k/a "King Little One," and HUGO SOTO-MORAN, a/k/a "Vision," a/k/a King Vision."

2. The Latin Kings are a violent street gang with thousands of members across the United States and overseas.

3. The traditional power centers of the Latin Kings, and members of the gang's national leadership structure, are predominantly located in the Chicago (known as "KMC" or the "Motherland") and New York (referred to as the "Bloodline") metropolitan areas.

4. The Latin Kings have a detailed and uniform organizational structure, which is outlined – along with various "prayers," codes of behavior, and rituals – in a written "manifesto" widely distributed to members throughout the country.

5. At the local level, groups of Latin Kings are organized into "tribes," which are traditionally anchored to a geographic area. A tribe can contain anywhere from a few dozen to a few hundred members, depending on the area. Within each tribe, the leader is known as the "Inca," or "First Crown," while other leadership positions can include: the "Cacique" or "Second Crown"; the "Enforcer" or "Third Crown"; the "Treasurer" or "Fourth Crown"; and the "Secretary" or "Fifth Crown." Each position in the tribe has defined responsibilities, and members are required to follow the instructions and directives of the gang's leadership. Members of the Latin Kings are also traditionally given "King Names" or "Queen Names," which are names other than their legal names, by which they are known to members of the gang and to others on the street. Typically, each member pays dues to the tribe, and dues are collected, and gang business is discussed, at weekly meetings. On a semi-regular basis, larger meetings involving all of the tribes in a given area or region – called "universals" – are held, at which larger issues concerning the gang as a whole and cooperation among tribes is discussed. All of the tribes in a given state or region traditionally report to, and pay dues to, the state or regional leadership.

6. The state or regional hierarchy generally mirrors the organizational structure of the tribes in that there is a state or regional Inca, state or regional Cacique, and so forth, although some locations have a slightly modified structure based on local practices. These state or regional leaders then report to the national leadership of the Latin Kings, who advise and direct local leaders.

7. Latin King leaders have the authority within the gang to order "missions," and mete out punishment. A "mission" is an assignment given to a subordinate Latin King member that will serve a purpose for the Latin King nation. The "missions" can range from a leader ordering a "physie" (beating) to a "B.O.S." (beat down on sight), meaning the assault of a rival gang member or a Latin King member who has committed a violation of the Latin King rules, to a "green light" or "T.O.S." (terminate on sight), meaning the murder of a rival gang member or of a Latin King member who may have committed an egregious violation of the gang's rules. Failure to perform a "mission" results in the assigned member being in violation of the rules. Punishment for failing to complete the "mission" can range anywhere from a beating to death.

8. Members of the Latin Kings greet each other, and show their membership in the gang, using a set of hand-signs, each intended to evoke the shape of a crown. In addition, Latin Kings often greet one another, demonstrate their allegiance to the gang, or simply announce their arrival or presence in a particular area, by exclaiming "ADR" or "Amor De Rey," which means "King's Love" in Spanish. Other phrases unique to the Latin King lexicon include "360," "ALKN," "ALKQN," "Crown," "Lion," "Lion Tribe," "Motherland," "KMC," "Kingism," and "Bloodline." The Latin Kings employ a robust symbology as well, often using depictions of three- or five-pointed crowns, lions, and Inca- or Aztec-inspired artwork to demonstrate their affiliation. Members will often have tattoos incorporating one or more of the aforementioned phrases or symbols, the crown and lion being the most prominent. The gang also incorporates these phrases and symbols into graffiti, which they use to mark their territory or announce their presence in a particular area. The colors associated with the Latin Kings are black and gold, and members of the Latin Kings often demonstrate their affiliation with the Latin Kings by wearing clothing containing the colors black

and gold, or incorporating some of the gang's other symbols or phrases.

9. The Latin King members communicate with members of their own tribe as well as with members across the United States in person and through the use of the telephone and Internet.

10. The Latin Kings have operated in the District of Maryland since at least 2007, and members in Maryland have reported to both Chicago and New York-based leadership.

### The Racketeering Enterprise

11. The Latin Kings, including its leadership, members, and associates, constitute an "enterprise" as defined in Section 1961(4) of Title 18, United States Code, that is, a group of individuals associated in fact that engaged in, and the activities of which affected, interstate and foreign commerce. The enterprise constitutes an ongoing organization whose members function as a continuing unit for a common purpose of achieving the objectives of the enterprise.

### Purposes of the Enterprise

12. The purposes of the enterprise, include, but are not limited to, the following:

    a. Preserving and protecting the power, territory, operations, and prestige of the enterprise through the use of intimidation, violence, threats of violence, and destruction of property;

    b. Promoting and enhancing the enterprise and the activities of its members and associates;

    c. Keeping victims, members, and associates in fear of the enterprise and in fear of its members and associates through intimidation, violence, threats of violence, and destruction of property;

    d. Preserving and protecting the enterprise and its leaders by keeping its members and associates from cooperating with law enforcement through intimidation, violence,

threats of violence, and destruction of property; and

    e.    Providing support to gang members who are charged with, or incarcerated for, gang-related activities.

## The Racketeering Conspiracy

13.    Beginning on a date unknown to the Grand Jury and continuing through in or about November 2009, in the District of Maryland and elsewhere, the defendants,

ERICK ROMAN,
a/k/a "Erick Javier Sierra,"
a/k/a "Malian-T,"
a/k/a "King Malian-T,"
MATTHEW AGUILAR,
a/k/a "Mateo,"
a/k/a "King Mateo,"
MIGUEL CASTILLO,
a/k/a "Colombia,"
a/k/a "King Colombia,"
MIGUEL CRUZ,
a/k/a "Skibee,"
a/k/a "King Skibee,"
JOSEPH DELEON,
a/k/a "Spirit,"
a/k/a "King Spirit,"
ANDRES ECHEVARRIA,
a/k/a "B-Boy,"
a/k/a "King B-Boy,"
REMY HEATH,
a/k/a "Remy,"
a/k/a "King Remy,"
a/k/a "King Mello,"
JULIO KILGORE,
a/k/a "Murda,"
a/k/a "King Murda,"
ERICK MARTINEZ,
a/k/a "Eazie,"
a/k/a "King Eazie,"

>    MELVIN NOLASCO,
>       a/k/a "Joker,"
>       a/k/a "King Joker,"
>    SENNI NOLASCO,
>       a/k/a "Cano,"
>       a/k/a "King Cano,"
>    FRANCISCO ORTIZ,
>       a/k/a "Francis Gabriel Ortis,"
>       a/k/a "Pone,"
>       a/k/a "King Pone,"
>    RODDY E. PAREDES JR.,
>       a/k/a "Guate,"
>       a/k/a "King Guate,"
>    LEURI READ,
>       a/k/a "Kampana,"
>       a/k/a "King Kampana,"
>    ALEJANDRO RODRIGUEZ,
>       a/k/a "Sombra,"
>       a/k/a "King Sombra,"
>    NELSON SANTOS,
>       a/k/a "Nelly,"
>       a/k/a "King Nelly,"
>    CHINUA SHEPPERDSON,
>       a/k/a "Nu,"
>       a/k/a "NuNu,"
>       a/k/a "King Nu,"
>    BRANDON SMITH,
>       a/k/a "Little One,"
>       a/k/a "King Little One," and
>    HUGO SOTO-MORAN,
>       a/k/a "Vision,"
>       a/k/a "King Vision,"

each being a person employed by and associated with the Latin Kings, an enterprise, which engaged in, and the activities of which affected, interstate and foreign commerce, together with others known and unknown to the Grand Jury, did knowingly and intentionally conspire to conduct and participate, directly and indirectly, in the conduct of the affairs of the enterprise through a pattern of racketeering activity, as defined in Sections 1961(1) and (5) of Title 18, United States Code, including

racketeering activity for which the maximum penalty includes life imprisonment, involving multiple acts indictable under the following provisions of federal law:

    a.    18 U.S.C. § 1951 (interference with commerce by threats or violence);

    b.    18 U.S.C. § 1512 (witness tampering); and multiple acts involving attempted murder, conspiracy to commit murder, robbery, conspiracy to commit robbery, arson, attempted arson, and conspiracy to commit arson, chargeable under the following provisions of state law:

    c.    Maryland Code, Criminal Law §§ 2-205, 2-206, 1-201, 1-202, and the Common Law of Maryland (attempted murder and conspiracy to commit murder);

    d.    Maryland Code, Criminal Law §§ 3-402, 3-403, 1-202, and the Common Law of Maryland (robbery and conspiracy to commit robbery);

    e.    Maryland Code, Criminal Law §§ 6-102, 6-103, 6-109, 1-201, 1-202, and the Common Law of Maryland (arson, attempted arson, and conspiracy to commit arson).

14.    It was a further part of the conspiracy that each defendant agreed that a conspirator would commit at least two acts of racketeering activity in the conduct of the affairs of the enterprise.

### Means and Methods of the Enterprise

15.    Among the means and methods by which the defendants and their associates conducted and participated in the conduct of the affairs of the Latin Kings were the following:

    a.    Members of the Latin Kings and their associates used intimidation, violence, and threats of violence, including assaults with deadly weapons, to preserve, expand, and protect the enterprise's territory and activities.

    b.    Members of the Latin Kings and their associates used intimidation, violence, and threats of violence, including assaults with deadly weapons to promote and enhance

its prestige, reputation, and position in the community.

    c.    Members of the Latin Kings and their associates used intimidation, violence, and threats of violence to create a climate of fear to maintain control over victims, witnesses, members and associates.

    d.    Members of the Latin Kings used intimidation, violence, and threats of violence, including assault with deadly weapons, to discipline enterprise members and associates who had violated enterprise rules.

    e.    Members of the Latin Kings engaged in illegal firearms transactions to further the activities of the enterprise and its members and associates.

    f.    Members of the Latin Kings purchased, maintained and possessed deadly weapons to further the activities of the enterprise and its members and associates.

    g.    Members of the Latin Kings recruited and used juveniles to commit violent acts for the benefit of the enterprise.

    h.    Members of the Latin Kings used intimidation, violence, and threats of violence to protect their enterprise from the activities of rival gangs, including but not limited to MS-13 and Los Surenos.

### Overt Acts

16.    In furtherance of the conspiracy and to achieve the objectives thereof, at least one of the conspirators performed or caused to be performed at least one of the following overt acts, among others, in the District of Maryland and elsewhere:

    a.    In or about the Spring 2007, **MIGUEL CRUZ** and **ERICK ROMAN** established the Maryland Latin Kings, calling the tribe the Royal Lion Tribe of Maryland.

      b.      In or about the Spring 2007, **ALEJANDRO RODRIGUEZ** kept and stored guns for **ERICK ROMAN**.

      c.      In or about the Spring 2007, **ALEJANDRO RODRIGUEZ, JOSEPH DELEON** and others known and unknown to the Grand Jury planned and gathered materials for a firebombing ordered by **ERICK ROMAN**.

      d.      In or about May 2007, **ERICK ROMAN** communicated by telephone with Latin King national leaders regarding the operations of the Latin King tribe in Maryland.

      e.      On or about June 1, 2007, **ALEJANDRO RODRIGUEZ** and **ERICK ROMAN** traveled from Maryland to Chicago, Illinois to meet with Latin King members and leaders.

      f.      In or about August or September 2007, **ERICK MARTINEZ, FRANCISCO ORTIZ, RODDY E. PAREDES JR., ERICK ROMAN,** and other Latin King members and associates, armed with deadly weapons, hunted for members of MS-13 in order to shoot the members of this rival gang.

      g.      In or about the late Summer 2007, **MIGUEL CASTILLO, JOSEPH DELEON, MELVIN NOLASCO, SENNI NOLASCO, FRANCISCO ORTIZ, ERICK ROMAN,** and other Latin King members and associates committed a home invasion robbery of a drug dealer at the Marylander Condominiums in Langley Park, Maryland.

      h.      On or about December 14, 2007, **MELVIN NOLASCO, RODDY E. PAREDES JR., ERICK ROMAN, NELSON SANTOS, CHINUA SHEPPERDSON, HUGO SOTO-MORAN,** and other Latin King members and associates participated in the armed robbery of a prostitute at a motel in Laurel, Maryland.

  i. In or about December 2007, while at a Latin King meeting, **FRANCISCO ORTIZ, ERICK ROMAN,** and other Latin King members and associates attempted to shoot F.C. in the leg for wanting to "drop his crown" and leave the gang.

  j. In or about December 2007, **JOSEPH DELEON, FRANCISCO ORTIZ, RODDY E. PAREDES JR., ERICK MARTINEZ,** and other Latin King members and associates beat, kicked and stabbed a suspected member of the gang MS-13 near the Marylander Condominiums in Langley Park, Maryland.

  k. In or about December 2007, **HUGO SOTO-MORAN** video-taped a Latin King party attended by **ERICK ROMAN, JOSEPH DELEON, MELVIN NOLASCO, SENNI NOLASCO,** and **FRANCISCO ORTIZ** during which **ERICK ROMAN** received a Latin King tattoo.

  l. On or about December 31, 2007, while in a car driven by **HUGO SOTO-MORAN, MIGUEL CRUZ, ERICK ROMAN** and others participated in the beating of Joseph Deleon, administered as punishment for a violation of Latin King rules.

  m. On or about January 8, 2008, **ERICK ROMAN** ordered **MIGUEL CASTILLO** and **HUGO SOTO-MORAN** to firebomb a residence in Rockville, Maryland.

  n. In or about February 2008, **RODDY E. PAREDES JR., ERICK ROMAN,** and another Latin King member met and agreed to murder a security guard at an apartment complex near the Marylander Condominiums in Langley Park, Maryland.

  o. On or about February 28, 2008, **RODDY E. PAREDES JR.** told another Latin King member that he had targeted another house for a home invasion from which they would get "paid" at least $100,000.

    p.    On or about July 17, 2008, **RODDY E. PAREDES JR.** requested an electronic version of the manifesto from the national leadership of the Latin Kings.

    q.    On or about August 22, 2008, in a telephone conversation with **FRANCISCO ORTIZ**, **MELVIN NOLASCO** stated that Latin King members who had not been paying dues "would get fixed."

    r.    On or about August 22, 2008, **SENNI NOLASCO** stated in a telephone conversation with **FRANCISCO ORTIZ** that there would be physical beatings for anyone who did not pay dues at a Latin King meeting.

    s.    On or about August 31, 2008, **JOSEPH DELEON, MELVIN NOLASCO, SENNI NOLASCO, FRANCISCO ORTIZ** and other Latin King members from Maryland attended a Latin King meeting in Staten Island, New York to discuss Latin King business with members from New York.

    t.    On or about September 2, 2008, **REMY HEATH, JULIO KILGORE, MELVIN NOLASCO, SENNI NOLASCO,** and **FRANCISCO ORTIZ** went to the Annapolis Mall in Annapolis, Maryland wearing Latin King beads and colors.

    u.    On or about September 26, 2008, **MELVIN NOLASCO** and **FRANCISCO ORTIZ** discussed appointing **LEURI READ** to "Third Crown," or "Enforcer," because "all he thinks about is violence." **NOLASCO** stated that all **READ** talks about is "breaking peoples' heads and shooting people." **ORTIZ** interrupted **NOLASCO** and cautioned him not to talk about shooting people over the telephone.

    v.    On or about October 4, 2008, **FRANCISCO ORTIZ, LEURI READ** and other Latin King members and associates traveled from Maryland to Philadelphia, Pennsylvania to

attend a Latin King meeting.

    w.    On or about October 5, 2008, **FRANCISCO ORTIZ** called another Latin King, whom **FRANCISCO ORTIZ** believed had stripped him from power, and left several voice mail messages, stating in part: "I'm gonna cut your fucking fingers off. I'm gonna cut your fucking tongue so you can't speak no more on behalf of nobody . . . you aren't safe nowhere . . . I'm going to cut your head off and put it on my mantle . . . I love war . . . I was the third suprema . . . I get a hard-on fucking killing [people]."

    x.    On or about October 10, 2008, **FRANCISCO ORTIZ** issued a "d.o." (direct order) for everyone to take down any photographs of "hammers and knives" on their MySpace pages or "catch a physie" (get a beat down) due to his belief that the police wanted "to do RICO on all of [them]."

    y.    In or about the Fall 2008, **FRANCISCO ORTIZ** appointed **ANDRES ECHEVARRIA** as the "Third Crown," or "Enforcer," of the Maryland Latin Kings.

    z.    In or about October 2008, **FRANCISCO ORTIZ** appointed **JULIO KILGORE** as the "Second Crown," or "Cacique," of the Maryland Latin Kings.

    aa.    On or about November 1, 2008, **ANDRES ECHEVARRIA, JULIO KILGORE** and other Latin King members and associates participated in the assault and stabbing of L.Q. in Wheaton, Maryland.

    bb.    On or about November 2, 2008, **SENNI NOLASCO** collected dues from Latin King members in attendance at a meeting.

    cc.    In or about November 2008, **FRANCISCO ORTIZ** appointed **REMY HEATH** as the Second Crown, or "Cacique," of the Maryland Latin Kings, and **REMY HEATH**

accepted the position.

    dd.    On or about November 15, 2008, **ERICK MARTINEZ, LEURI READ,** and other Latin King members and associates burglarized a federal firearms licensee.

    ee.    On or about January 17, 2009, **BRANDON SMITH** fired shots at members of MS-13 at the Amazura Night Club in Queens, New York.

    ff.    On or about January 19, 2009, **REMY HEATH, FRANCISCO ORTIZ, LEURI READ,** and **BRANDON SMITH** agreed to kill a Latin Queen for "snitching" on other Latin King members who had just been sentenced for possession of an unregistered firearm in the United States District Court for the District of Maryland.

    gg.    On or about January 31, 2009, **LEURI READ, BRANDON SMITH,** the "Third Crown," or "Enforcer," at the relevant time, and other Latin King members and associates held J.G. at gunpoint and sliced him with a knife for violating Latin King rules.

    hh.    On or about February 3, 2009, **REMY HEATH, MELVIN NOLASCO, FRANCISCO ORTIZ, BRANDON SMITH,** and other Latin King members and associates created a "hit list" containing names of Maryland Latin King members.

    ii.    In or about March 2009, the Maryland Latin Kings met and voted **MELVIN NOLASCO** as the "First Crown," or "Inca," for the State of Maryland.

    jj.    In or about the Summer 2009, **JOSEPH DELEON** appointed **MATTHEW AGUILAR** as the Third Crown, or "Enforcer" for the State of Maryland, and **MATTHEW AGUILAR** accepted the position.

    kk.    On or about July 7, 2009, **MATTHEW AGUILAR** acted as the get-away driver as **JOSEPH DELEON** and other Latin King members and associates participated in attacking

15

and stabbing M.O. at Wheaton Regional Park in Wheaton, Maryland.

    ll.    On or about July 8, 2009, **FRANCISCO ORTIZ, LEURI READ** and other Latin King members and associates attempted to murder F.C. by beating him with a wooden object and by stabbing him.

    mm.    In or about the Summer 2009, **MATTHEW AGUILAR** agreed to run background checks on new members and members under investigation.

18 U.S.C. § 1962(d)

*Rod J. Rosenstein /E.G.*
ROD J. ROSENSTEIN
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: November 18, 2009